**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number:

MICHAEL L. BLUMENTHAL
        vs
MATTHEW H. ANSELMO, M & M MARKETING, L.L.C.
and KATHRYN HEMENWAY

**FILED**
**DECEMBER 26, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH   07 C 7230**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAEL L. BLUMENTHAL, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> MARTIN A. BLUMENTHAL, ESQ. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Martin A. Blumenthal | |
| FIRM <br> LAW OFFICES OF MARTIN A. BLUMENTHAL | |
| STREET ADDRESS <br> 1 NORTHFIELD PLAZA #300 | |
| CITY/STATE/ZIP <br> NORTHFIELD, IL   60093 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180069 | TELEPHONE NUMBER <br> (847) 441-2687 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐