**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                      Case Number:

MICHAEL L. BLUMENTHAL
                vs
MATTHEW H. ANSELMO, M & M MARKETING, L.L.C.
and KATHRYN HEMENWAY

**FILED**
**DECEMBER 26, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH     **07 C 7230**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAEL L. BLUMENTHAL, Plaintiff

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE MASON**

| |
|---|
| NAME (Type or print)<br>MICHAEL L. BLUMENTHAL, ESQ. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael L. Blumenthal |
| FIRM<br>MILTON M. BLUMENTHAL & ASSOCS. |
| STREET ADDRESS<br>77 WEST WASHINGTON ST., SUITE #1720 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6183007 | (312) 372-3566 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |