AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michael L. Blumenthal,
                Plaintiff

CASE NUMBER: 07 CV 7230

V.

ASSIGNED JUDGE: GOTTSCHALL

MATTHEW H. ANSELMO, M & M MARKETING, L.L.C. and KATHYRN HEMENWAY,
                Defendants

DESIGNATED MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

Matthew H. Anselmo, Individually
415 Martin Drive
Belevue, NE  68005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARTIN A. BLUMENTHAL, ESQ.
1 NORTHFIELD PLAZA #300
NORTHFIELD, IL  60093

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

January 3, 2008

(By) DEPUTY CLERK

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  1-4-08 |
| NAME OF SERVER (PRINT)  Carl Barnett | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 11329 P St
Omaha Nebraska

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  25.00 | TOTAL  25.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/08
Date

Signature of Server

208 N 115th St STE 1-A Omaha NE 68154
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.