**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL L. BLUMENTHAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Court No. 07 C 7230** |
| **vs.** | ) | |
| | ) | |
| **MATTHEW H. ANSELMO,** | ) | **Judge Joan B. Gottschall** |
| **M & M MARKETING, L.L.C., and KATHRYN** | ) | |
| **HEMENWAY** | ) | |
| | ) | **Magistrate Judge Mason** |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 31, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Gottschall, 219 S. Dearborn Street, Room 2325, Chicago, Illinois, and present the:

MOTION TO DEFAULT DEFENDANT FOR FAILURE TO FILE AN ANSWER OR OTHERWISE PLEAD

and ask for the relief therein.

> **By: /s/ Michael L. Blumenthal**
> **One of His Attorneys**

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Il 60093**
**(847) 441-2687**
**email: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**email: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**

## PROOF OF SERVICE

The undersigned, being first duly sworn under oath, deposes and states that this notice and the motions mentioned therein were served on all parties in this matter by e-mail to Defendants ANSELMO & M&M MARKETING at matty441@yahoo.com and Defendant HEMENWAY by facsimile to (402)727-4127.

By: **/s/ Michael L. Blumenthal**
**One of His Attorneys**

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Il 60093**
**(847) 441-2687**
**email: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**email: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**