**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Michael L. Blumenthal,<br>    Plaintiff | )<br>) | No: 07 CV 7230 |
| v. | )<br>) | AFFIDAVIT IN SUPPORT OF<br>12(b)(2) Motion |
| Matthew H. Anselmo,<br>M & M Marketing, LLC,<br>and Kathryn Hemenway | )<br>)<br>) | |

| | |
|---|---|
| STATE OF NEBRASKA | ) |
| | ) SS |
| COUNTY OF DOUGLAS | ) |

COMES NOW Kathryn Hemenway, being first duly sworn under oath, does hereby represent to the Court that I have personal knowledge of the matters set forth in this affidavit, and if called upon, would testify competently thereto.

1. The Defendant Hemenway is an attorney, residing in Omaha Nebraska.
2. Hemenway is licensed in Nebraska to practice law, and not in Illinois.
3. The defendants, Anselmo and M & M Marketing, LLC, hired Hemenway in November 2007 in Omaha Nebraska to represent them.
4. At this time, both clients have not waived privilege about their communications.
5. At no time did the defendant Hemenway, for business or pleasure enter the state of Illinois during the time in question.
6. At no time did the defendant Hemenway, solicit business in anyway at any time in Illinois.
7. The defendant Hemenway's sole contact with the Plaintiff was the returning of his phone calls, he made to her in Nebraska. The total time of the call is estimated between 15 and 20 minutes in length.
8. Hemenway was in NO way a party to the alleged contract or business dealing between the Plaintiff and Anselmo. Her sole participation was as an attorney after the fact to try and negotiate a settlement between the parties.
9. Defendant Anselmo is also a resident of Nebraska, where he hired Hemenway, and transacted all their relationship.
10. There are no minimum contacts between this jurisdiction and defendant Hemenway to provide a basis for personal jurisdiction.

11. These issues were raised to the Plaintiff's attorney and he refused to dismiss this case.

The affiant says nothing further.

Dated this 28 day of January, 2008.

*Kathryn M. Hemenway*
Kathryn Hemenway

SUBSCRIBED AND SWORN to before me this 28 day of January, 2008.

*[signature]*
NOTARY PUBLIC

GENERAL NOTARY-State of Nebraska
MARK F. ABBOUD
My Comm. Exp. 3-28-08