IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Michael L. Blumenthal, | ) | No: 07 CV 7230 |
|     Plaintiff | ) | |
| v. | ) | Judge Joan Gottschall |
| | ) | Mag: Michael T. Mason |
| Matthew H. Anselmo, | ) | |
| M & M Marketing, LLC | ) | |
| and Kathryn Hemenway | ) | |

## NOTICE OF MOTION

To:    Martin A. Blumenthal, Esq.
        Law Offices of Martin A. Blumenthal
        One Northfield Plaza, #300
        Northfield, IL 60093

PLEASE TAKE NOTICE that on **February 7, 2008, at 9:30 a.m.,** we shall appear before the **Honorable Judge Joan Gottschall in Room 2325, U.S. District Court - Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604,** and shall then and there present the attached **DEFENDANT, KATHRYN HEMENWAY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2).**

                                PITTACORA & CROTTY, LLC

                                By:   s/ Elizabeth S. Stevens
                                       One of the Attorneys for Plaintiff

James R. Pittacora (ARDC #6237882)
Elizabeth S. Stevens (ARDC #6279863)
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
Telephone: (708) 390-2800
Fax: (708) 390-2801
jp@pittacoracrotty.com
es@pittacoracrotty.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Michael L. Blumenthal, | ) | No: 07 CV 7230 |
| Plaintiff | ) | |
| v. | ) | Judge Joan Gottschall |
| | ) | Mag: Michael T. Mason |
| Matthew H. Anselmo, | ) | |
| M & M Marketing, LLC | ) | |
| and Kathryn Hemenway | ) | |

**CERTIFICATE OF SERVICE**

To: Martin A. Blumenthal, Esq.
Law Offices of Martin A. Blumenthal
One Northfield Plaza, #300
Northfield, IL 60093

PLEASE TAKE NOTICE, that on **January 28, 2008**, the undersigned served a true and correct copy of**, DEFENDANT, KATHRYN HEMENWAY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2),** to the above-named counsel by electronic delivery pursuant to Local Rule 5.9 of the Federal Rules of Civil Procedure for the U.S. District Court, Northern District of Illinois, Eastern Division.

                                                s/Elizabeth S. Stevens
                                                James R. Pittacora

James R. Pittacora (ARDC #6237882)
Elizabeth S. Stevens (ARDC #6279863)
**PITTACORA & CROTTY, LLC**
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
Telephone: (708) 390-2800
Fax: (708) 390-2801
jp@pittacoracrotty.com
es@pittacoracrotty.com