

FILED
JAN 28 2008
JAN 28 2008

RECEIVED
JAN 28 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE JOAN B. GOTTSCHALL**

Plaintiff

Michael L. Blumenthal

Case Number: 07CV7230 ~~07-CV-7239~~

V.

Defendant(s)

MATTHEW H. ANSELMO, M&M MARKETING, L.L.C.

## MOTION

I, Matthew H. Anselmo promise to appear in front of Judge Joan B. Gottshall reference Case Number: 07 CV 7230 on February 07, 2008 at 9:30 a.m. I am asking for a continuous to answer the Plaintiff's Michael L. Blumenthal complaint. I reside in Bellevue NE, and sought council on this matter from my local area. Council who reviewed the complaint from the Omaha NE, area informed me on January 24th, 2008 that the case should be handled by a Illinois Attorney. At this current time I am seeking council for representation in this manner.

Respectfully submitted,

BY: /s/ Matthew H. Anselmo

Matthew H. Anselmo