

**FILED**
JAN 28 2008
JUDGE JOAN B. GOTTSCHALL

**RECEIVED**
JAN 28 2008
JUDGE JOAN B. GOTTSCHALL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff

Michael L. Blumenthal

Case Number: ~~07-CV-7239~~ 07CV7230

V.

Defendant(s)

MATTHEW H. ANSELMO, M&M MARKETING, L.L.C.

## NOTICE OF MOTION

I, Matthew H. Anselmo promise to appear in front of Judge Joan B. Gottshall reference Case Number: 07 CV 7230 on February 07, 2008 at 9:30 a.m.

Respectfully submitted,

BY: _/s/ Matthew H. Anselmo_

Matthew H. Anselmo

**FILED**
JAN 28 2008
JAN 28 2008

**RECEIVED**
JAN 28 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE JOAN B. GOTTSCHALL

JUDGE JOAN B. GOTTSCHALL

Plaintiff

Michael L. Blumenthal

07CV7230

Case Number: ~~07-CV-7239~~

V.

Defendant(s)

MATTHEW H. ANSELMO, M&M MARKETING, L.L.C.

Certificate of Service

January 24, 2008

RE CASE: Blumenthal V. Anselmo

Court No 07 C 7230

Notice of Motion and Motion were emailed to the attorney of file for Blumenthal

Respectfully Submitted,

BY: /s/ Matthew Anselmo
Matthew Anselmo