

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7230 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Blumenthal vs. Anselmo | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion by Plaintiff to default defendant for failure to file an answer or otherwise plead [12] is granted. Default judgment is entered against Defendants, Matthew H. Anselmo and M & M Marketing L.L.C in the amount of Two Million Two Hundred Thousand ($2,200,000.00) plus prejudgment interest at the Illinois rate of 9%, from June 6, 2007 through judgment date. Oral motion by Plaintiff for temporary restraining order to bar defendants from transferring its assets out of the Continental United States is granted based on the sworn allegations of the complaint. The clerk is directed to correct the docket to reflect that summonses were executed by Carl Barnett (process server) and not Michael Blumenthal.

Docketing to mail notices.
Mail AO 450

00:15

| | Courtroom Deputy Initials: | RJ |
|---|---|---|