# United States District Court
## Northern District of Illinois
**Eastern Division**

Michael L. Blumenthal                    **JUDGMENT IN A CIVIL CASE**

       v.                                          Case Number: 07 C 7230

Matthew H. Anselmo & M & M
Marketing, L.L.C.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment on Count One is entered in favor of Plaintiff, Michael L. Blumenthal and against Defendants, Matthew H. Anselmo and M & M Marketing, L.L.C. in the amount of Two Million Two Hundred Thousand ($2,2000,000.000).

Michael W. Dobbins, Clerk of Court

Date: 1/31/2008

/s/ Rhonda Johnson, Deputy Clerk