IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL L. BLUMENTHAL,** | ) | |
| | ) | |
| Plaintiff, | ) | **Court No. 07 C 7230** |
| vs. | ) | |
| | ) | |
| **MATTHEW H. ANSELMO,** | ) | **Judge Joan B. Gottschall** |
| **M & M MARKETING, L.L.C., and KATHRYN** | ) | |
| **HEMENWAY** | ) | |
| | ) | **Magistrate Judge Mason** |
| **Defendants.** | ) | |

### NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that on February 7, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Gottschall, 219 S. Dearborn Street, Room 2325, Chicago, Illinois, and present the:

Plaintiff's Motion for Extension of Time to Respond to Defendant Hemenway's Motion to Dismiss

Plaintiff's Objection to Defendant Anselmo's Motion for an Extension of Time to Answer

and ask for the relief therein.

                                                By: **/s/ Michael L. Blumenthal**
                                                   One of His Attorneys

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Il 60093**
**(847) 441-2687**
**email: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**email: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**

PROOF OF SERVICE

      The undersigned, being first duly sworn under oath, deposes and states that this notice, and the motion and objection mentioned therein, were served on all parties to this matter, regardless of whether they have appeared, by facsimile on February 4, 2008.

                                                       By: /s/ Michael L. Blumenthal
                                                             One of His Attorneys

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Il 60093**
**(847) 441-2687**
**email: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**email: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**