UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Michael L. Blumenthal
                              Plaintiff,

v.                                                  Case No.: 1:07−cv−07230
                                                    Honorable Joan B. Gottschall

Matthew H Anselmo, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 7, 2008:

    MINUTE entry before Judge Joan B. Gottschall : Motion hearing held on 2/7/2008. Motion by Defendant Matthew H Anselmo for extension of time to answer [16] is held in abeyance. Defendant, Matthew H Anselmo is given an additional two weeks by 2/21/2008 to retain counsel to represent him. Plaintiff's Objection to Defendant Anselmo's Motion for an extension of time to answer [21] is held in abeyance until 2/21/2008. Plaintiff's motion for extension of time to respond to Defendant Hemenway's Motion to Dismiss [20] is granted. Briefing schedule as to MOTION by Defendant Kathryn Hemenway to dismiss pursuant to Fed R Civ P 12(b)(2) [14] is as follows: Responses due by 3/14/2008. Replies due by 4/4/2008. Status hearing will be set with ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.