# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michael L. Blumenthal
                                  Plaintiff,

v.                                              Case No.: 1:07−cv−07230
                                                       Honorable Joan B. Gottschall

Matthew H Anselmo, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Joan B. Gottschall : Motion hearing held on 2/14/2008. MOTION by Plaintiff Michael L. Blumenthal for temporary restraining order extension, MOTION by Plaintiff Michael L. Blumenthal for writ of execution [24] is granted. It is hereby ordered that Temporary Restraining Order barring defendants from transferring its assets out of the Continental United States is extended to 02/29/2008. This matter is referred to Magistrate Judge Mason for Report and Recommendation on oral motion by Plaintiff for Preliminary Injunction. Status hearing set for 2/27/2008 at 09:30 AM. The court grants Plaintiff leave to file motion re: attorney/client privilege as to the terms stated in open court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.