IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL, ) | |
|        Plaintiff, ) | **Court No.   07 C  7230** |
| **vs.** ) | |
| ) | |
| MATTHEW H. ANSELMO, ) | **Judge Joan B. Gottschall** |
| M & M MARKETING, L.L.C., and KATHRYN ) | |
| HEMENWAY ) | **Magistrate Michael T. Mason** |
|        Defendants. ) | |

## NOTICE OF PRESENTMENT

TO:   James R. Pittacora, Esq.                       Mr. Matthew H. Anselmo
          Pittacora & Crotty                               M & M Marketing
          9550 W. Bormet Drive #205            11329 P Street
          Mokena, IL  60448                             Omaha, NE 68136

     **PLEASE TAKE NOTICE** that on Thursday, February 21st , 2008, at 9:30 a.m., I shall appear before the Honorable Judge Joan B. Gottschall in Courtroom 2325 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois 60603, and then and there present:

### PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTSAND ANSWERS TO INTERROGATORIES BEING WITHHELD UNDER A CLAIM OF PRIVILEGE

a copy of which is served upon you, and ask for the relief thereon.

                                                                 /s/   Michael L. Blumenthal

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Il   60093**
**(847) 441-2687**
**e-mail: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street  - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**e-mail: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**

PROOF OF SERVICE

      The undersigned, being first duly sworn under oath, deposes and states that this notice, and the motion and objection mentioned therein, were served on all parties to this matter, regardless of whether they have appeared, by facsimile on February 18, 2008.

                                                      **/s/   Michael L. Blumenthal**

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Il   60093**
**(847) 441-2687**
**e-mail: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street  - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**e-mail: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**