## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Michael L. Blumenthal
                                  Plaintiff,

v.                                                            Case No.: 1:07−cv−07230
                                                                    Honorable Joan B. Gottschall

Matthew H Anselmo, et al.
                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Michael T. Mason :Status hearing set for 2/21/2008 at 09:00 AM in courtroom 2214. Plaintiff is directed to advise the defendants of the status hearing. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.