**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Michael L. Blumenthal
                          Plaintiff,

v.                                           Case No.: 1:07–cv–07230
                                                 Honorable Joan B. Gottschall

Matthew H Anselmo, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Michael T. Mason :Magistrate Judge Status hearing held on 2/21/2008. Plaintiff to file his motion for preliminary injunction by 2:00 p.m. on 2/22/08, and deliver two courtesy copies to chambers, room 2206, by 2:00 p.m. Preliminary injunction hearing set for 2/25/08 at 10:00 a.m. in courtroom 2214. Defendant Hemenway's response to plaintiff's motion to compel [29] to be filed by 2/28/08, with a courtesy copy to chambers, room 2206. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.