U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                    Case Number: 07-cv-7230
MICHAEL L. BLUMENTHAL

V.

MATTHEW ANSELMO, et al.,

A] SPECIAL AND LIMITED APPEARANCE IS HEREBY ENTERED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kathryn Hemenway

| NAME (Type or print) |
| --- |
| James R. Pittacora |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James R. Pittacora |
| FIRM |
| Pittacora & Crotty, LLC |
| STREET ADDRESS |
| 1928 W. Fulton, Suite 201 |
| CITY/STATE/ZIP |
| Chicago, IL 60612 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6237882 | (312) 506-2000 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |