UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael L. Blumenthal
        Plaintiff,

v.               Case No.: 1:07−cv−07230
                Honorable Joan B. Gottschall

Matthew H Anselmo, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

  MINUTE entry before Judge Joan B. Gottschall :Plaintiff's motion to compel the production of documents and answers to interrogatories being withheld under a claim of privilege [29] is referred to Magistrate Judge Mason for hearing and ruling as well as discovery supervision and settlement conference. No appearance required on 2/21/2008 at 9:30AM. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.