UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael L. Blumenthal
                              Plaintiff,

v.                                                          Case No.: 1:07−cv−07230
                                                        Honorable Joan B. Gottschall

Matthew H Anselmo, et al.
                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Michael T. Mason for the purpose of holding proceedings related to: discovery supervision, motion to compel[29] and settlement conference.(rj, )Mailed notice.

Dated: February 21, 2008

                                                                           /s/ Joan B. Gottschall

                                                                   United States District Judge