IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) | **Court No.   07 C  7230** |
| vs. | ) | |
| | ) | **Judge Joan B. Gottschall** |
| MATTHEW H. ANSELMO, M & M | ) | |
| MARKETING, L.L.C., and KATHRYN | ) | **Magistrate Michael T. Mason** |
| HEMENWAY,                  Defendants. | ) | |

**PROOF OF SERVICE**

     The undersigned, being first duly sworn under oath, deposes and states that the Motion for Preliminary Injunction and Declaration of Michael L. Blumenthal (2/22/08), were served on all parties to this matter, regardless of whether they have appeared, by facsimile to Defendants Anselmo and M & M Marketing L.L.C.,  by facsimile and Defendant Hemenway via this Court's CM/ECF system on Friday, February 22, 2008.

                                                                              /s/   Michael L. Blumenthal

| | |
|---|---|
| **Martin A. Blumenthal** | **Michael L. Blumenthal, Esq.** |
| **Attorney for Michael L. Blumenthal** | **Milton M. Blumenthal & Associates** |
| **1 Northfield Plaza - Suite 300** | **77 West Washington Street  - Suite 1720** |
| **Northfield, Il   60093** | **Chicago, Illinois 60602** |
| **(847) 441-2687** | **(312) 372-3566** |
| **e-mail: marty@blumenthallaw.com** | **e-mail: mike@mmblumenthal.com** |
| **Attorney I.D.# 6180069** | **Attorney I.D. # 6183007** |