# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7230 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Blumenthal vs. Anselmo et al. | | |

**DOCKET ENTRY TEXT**

REPORT AND RECOMMENDATION is hereby submitted to Judge Gottschall recommending that the District Court grant in part and deny in part plaintiff's motion for preliminary injunction [35]. Specific written objections to this report and recommendation may be served and filed within 10 business days from the date that this order is served. Fed. R. Civ. P. 72. Failure to file objections with the District Court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this Court in the report and recommendation. *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995). Enter Report and Recommendation.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KF |
|---|---|---|