# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michael L. Blumenthal
                                  Plaintiff,

v.                                                         Case No.: 1:07−cv−07230
                                                            Honorable Joan B. Gottschall

Matthew H Anselmo, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Joan B. Gottschall : Status hearing held. Briefing schedule as to motion to dismiss[14]is modified as follows : Responses due by 3/5/2008. Replies due by 3/26/2008. Ruling by mail. Temporary Restraining Order shall remain in effect until this court issues it's ruling as to Magistrate Judge Mason's Report and Recommendation. Oral motion by Plaintiff for praecipe or writ of execution to execute judgment is taken under advisement. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.