## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7230 | **DATE** | 2/25/2008 |
| **CASE TITLE** | Blumenthal vs. Anselmo et al. | | |

**DOCKET ENTRY TEXT**

Preliminary injunction hearing held on 2/25/08. Report and Recommendation will be issued shortly. The Clerk of Court is directed to remove the exhibits attached to Declaration of Michael L. Blumenthal [36] and attach them to plaintiff's Motion for Preliminary Injunction [35].

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | KF |
|---|---|---|