# *United States District Court for the Northern District of Illinois*

Case Number: 07cv7230　　　Assigned/Issued By: j. n.

Judge Name:　　　Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*　☐ $350.00　☐ $39.00　☐ $5.00

☐ IFP　☑ No Fee　☐ Other _____

☐ $455.00

Number of Service Copies _____　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　☐ Lis Pendens

☑ Non Wage Garnishment Summons　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets　　　(Victim, Against and $ Amount)

☐ Writ _____
　　(Type of Writ)

8 Original and 8 copies on 2-25-08 as to u.s. bank; morgan
　　　　　　　　　　　　　　(Date)
stanley; citi/smith barney; charles schwab; merrill lynch; ameritrade; scottrade; e trade securities, llc