IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL,<br>　　　　　Plaintiff,<br>vs.<br>MATTHEW H. ANSELMO,<br>M & M MARKETING, L.L.C., and<br>KATHRYN HEMENWAY<br>　　and　　　　　Defendants.<br>Merrill Lynch<br>33 W. Monroe<br>Chicago, IL 60603<br>　　Garnishee Defendant. | Court No.　07 C　7230<br><br>Judge Joan B. Gottschall<br><br>Magistrate Michael T. Mason |

**FILED**
FEB 2 5 2008
FEB 2 5 2008 MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

**MICHAEL L. BLUMENTHAL**, on oath states:

1. Judgment was entered on January 31, 2008 for judgment creditor(s) MATTHEW H. ANSELMO and M&M MARKETING, L.L.C., and against judgment debtor, Merrill Lynch, for $ 2,329,649.32.

2. $-0- as been paid on judgment.

3. There is unpaid on the judgment:

   $ 2,329,649.32 principal

   $     6,950.68 interests

   $ 2,336,600.00 **TOTAL**

4. I believe garnishee Merrill Lynch is indebted to the judgement debtor, other than wages, or has in his or her possession custody or control property belonging to him or her in which he/she has an interest.

5. I request summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON:  February 25, 2008.
　　　　　　　　　　　　　　　　　/s/ Michael L. Blumenthal

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
Attorney for Pro Se
77 West Washington Street  - Suite 1720
Chicago, Illinois 60602
(312) 372-3566
Attorney I.D. # 6183007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL,<br>        Plaintiff,<br>vs.<br>MATTHEW H. ANSELMO,<br>M & M MARKETING, L.L.C., and<br>KATHRYN HEMENWAY<br>   and       Defendants.<br>Merrill Lynch<br>33 W. Monroe<br>Chicago, IL 60603)<br>      Garnishee Defendant. | Court No.   07 C 7230<br><br>Judge Joan B. Gottschall<br><br><br>Magistrate Michael T. Mason |

### INTERROGATORIES TO GARNISHEE

1.   When you were served with summons, did you have in your possession, custody or control any Property belong to the judgment debtor or in which he or she had an interest?

    **ANSWER:** _____
            (Yes or No)

2.   If your answer is yes, describe the property:

_____

_____

3.   When you were served with summons, were you otherwise indebted to him or her, no matter when payable?

    **ANSWER:** _____
            (Yes or No)

4.   If your answer is yes, state:
    Description: _____
    Amount: $ _____
    Date Due: _____

### AFFIDAVIT

_____, on oath states that the answers to the interrogatories are true.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON:   _____, 2008.

_____