**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL L. BLUMENTHAL,** | ) | |
| **Plaintiff,** | ) | **Court No. 07 C 7230** |
| **vs.** | ) | |
| **MATTHEW H. ANSELMO,** | ) | **Judge Joan B. Gottschall** |
| **M & M MARKETING, L.L.C., and** | ) | |
| **KATHRYN HEMENWAY** | ) | FEB 2 5 2008 |
| **and Defendants.** | ) | **Magistrate Michael T. Mason** |
| **Ameritrade** | ) | FILED |
| **10 S. Wacker Drive** | ) | |
| **Chicago, IL 60606** | ) | J N FEB 2 5 2008 |
| **Garnishee Defendant.** | ) | |

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**AFFIDAVIT FOR GARNISHMENT (NON-WAGE)**

**MICHAEL L. BLUMENTHAL**, on oath states:

1. Judgment was entered on January 31, 2008 for judgment creditor(s) MATTHEW H. ANSELMO and M&M MARKETING, L.L.C., and against judgment debtor, Ameritrade, for $2,329,649.32.

2. $-0- as been paid on judgment.

3. There is unpaid on the judgment:

   $ 2,329,649.32 principal

   $ 6,950.68 interests

   $ 2,336,600.00 TOTAL

4. I believe garnishee Ameritrade is indebted to the judgement debtor, other than wages, or has in his or her possession custody or control property belonging to him or her in which he/she has an interest.

5. I request summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: February 25, 2008. [signature]

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**Attorney for Pro Se**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**Attorney I.D. # 6183007**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL L. BLUMENTHAL,** | ) | |
| **Plaintiff,** | ) | **Court No. 07 C 7230** |
| **vs.** | ) | |
| **MATTHEW H. ANSELMO,** | ) | **Judge Joan B. Gottschall** |
| **M & M MARKETING, L.L.C., and** | ) | |
| **KATHRYN HEMENWAY** | ) | |
| **and Defendants.** | ) | **Magistrate Michael T. Mason** |
| **Ameritrade** | ) | |
| **10 S. Wacker Drive** | ) | |
| **Chicago, IL 60606** | ) | |
| **Garnishee Defendant.** | ) | |

**INTERROGATORIES TO GARNISHEE**

1. When you were served with summons, did you have in your possession, custody or control any Property belong to the judgment debtor or in which he or she had an interest?

**ANSWER:** ____________________
(Yes or No)

2. If your answer is yes, describe the property:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

3. When you were served with summons, were you otherwise indebted to him or her, no matter when payable?

**ANSWER:** ____________________
(Yes or No)

4. If your answer is yes, state:
Description: ______________________________
Amount: $ ______________________________
Date Due: ______________________________

**AFFIDAVIT**

____________________________, on oath states that the answers to the interrogatories are true.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**
EXECUTED ON: ________________________, 2008.

______________________________