IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Michael L. Blumenthal,  Plaintiff | ) ) | No: 07 CV 7230 |
| v. | ) ) | Judge Joan Gottschall |
| | ) | Mag: Michael T. Mason |
| Matthew H. Anselmo, M & M Marketing, LLC and Kathryn Hemenway | ) ) ) | |

## CERTIFICATE OF SERVICE

To:    Martin A. Blumenthal, Esq.
       Law Offices of Martin A. Blumenthal
       One Northfield Plaza, #300
       Northfield, IL 60093

    PLEASE TAKE NOTICE, that on **February 28, 2008**, the undersigned served a true and correct copy of, **RESPONSE TO PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES BEING WITHHELD UNDER A CLAIM OF PRIVILEGE,** to the above-named counsel by electronic delivery pursuant to Local Rule 5.9 of the Federal Rules of Civil Procedure for the U.S. District Court, Northern District of Illinois, Eastern Division.

                                                         s/James R. Pittacora
                                                          James R. Pittacora

James R. Pittacora (ARDC #6237882)
Elizabeth S. Stevens (ARDC #6279863)
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
Telephone: (708) 390-2800
Fax: (708) 390-2801
jp@pittacoracrotty.com
es@pittacoracrotty.com