IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| | ) | |
| Plaintiff, | ) | **Court No.   07 C  7230** |
| vs. | ) | |
| | ) | |
| MATTHEW H. ANSELMO, | ) | **Judge Joan B. Gottschall** |
| M & M MARKETING, L.L.C., and | ) | |
| KATHRYN   HEMENWAY | ) | |
| | ) | **Magistrate Michael T. Mason** |
| Defendants. | ) | |

## DECLARATION OF MICHAEL L. BLUMENTHAL

Pursuant to 8 U.S.C. § 1746, the undersigned Michael L. Blumenthal declares:

1. That I am the Plaintiff in the above-entitled cause. I make this declaration with the Court's permission, first had and obtained, in support of

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

2. A true and accurate copy of each of the following accompanies this declaration:

| Exhibit | Document |
|---|---|
| 10 | Confirmation facsimile page evidencing remittance of 71 pages of Plaintiff's Motion for Preliminary Injunction to Defendant Matthew H. Anselmo on February 22, 2008. |

Executed: February 28, 2008.         /s/   Michael L. Blumenthal
                                                   **Michael L. Blumenthal, Esq.**
                                                   **Milton M. Blumenthal & Associates**
                                                   **77 West Washington Street  - Suite 1720**
                                                   **Chicago, Illinois 60602**
                                                   **(312) 372-3566**
                                                   **e-mail: mike@mmblumenthal.com**
                                                   **Attorney I.D. # 6183007**

```
* * * Communication Result Report ( Feb. 22. 2008  5:19PM ) * * *
                                           1) Milton M. Blumenthal & Associate
                                           2) 312-372-3573
```

Date/Time: Feb. 22. 2008  5:06PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0943 | Memory TX chris | 14025972320 | P. 71 | OK | |

```
Reason for error
  E. 1) Hang up or line fail           E. 2) Busy
  E. 3) No answer                      E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size
```

Law Offices of
**Milton M. Blumenthal & Associates**
77 West Washington Street
Suite 1720
Chicago, Illinois 60602

Milton M. Blumenthal
Michael L. Blumenthal

Telephone 312/372-3566
Facsimile 312/372-3573
Email: [illegible]

DATE: 2/22, 2008.

RE: CASE  BLUMENTHAL V. ANSELMO, etc.,
COURT NO. 07 CV 7230

TO: #1 _____

TO: #2  MATTHEW H. ANSELMO    M & M MARKETING, L.L.C.

FAX #1 (312) _____    FAX# 2 (402) 597-2320

FROM:  [ ] MICHAEL L. BLUMENTHAL, ESQ.
       [X] CHRISTINE A. MURO, Legal Assistant

[ ] ORIGINAL BY MAIL  [ ] ORIGINAL WILL NOT BE MAILED  [ ] TO FOLLOW BY DELIVERY

COMMENTS: Preliminary Injunction, Declaration of Michael L. Blumenthal and Proof of Service.

IN THE EVENT YOU DO NOT RECEIVE ALL PAGES, KINDLY CONTACT CHRIS AT 312/372-3566.

NOTE: THE FACSIMILE MESSAGE ACCOMPANYING THIS TRANSMITTAL FORM CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS SPECIFICALLY ADDRESSED. IF THE READER OF THIS NOTICE IS NOT THE INTENDED ADDRESSEE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY MAIL. WE APPRECIATE YOUR COOPERATION.

TOTAL PAGE(S) 71   THIS COVER PAGE INCLUDED.

**Plaintiff's Motion for Preliminary Injunction**

**EXHIBIT "10"**