IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL, ) | |
| ) | |
| Plaintiff, ) | Court No.   07 C 7230 |
| vs. ) | |
| ) | |
| MATTHEW H. ANSELMO, ) | Judge Joan B. Gottschall |
| M & M MARKETING, L.L.C., and ) | |
| KATHRYN HEMENWAY, ) | |
| ) | Magistrate Michael T. Mason |
| Defendants. ) | |

### CERTIFICATE OF MAILING

I hereby certify that, within 2 business days of service upon the garnishee of the garnishment summons, interrogatories and garnishment notice, I served upon the judgment debtor in this cause a copy of the garnishment summons and garnishment notice by first class mail to the judgment debtor's address as indicated in the garnishment notice.

Date: February __26th__, 2008.

### PROOF OF SERVICE

The undersigned, being first duly sowrn under oath, deposes and states that this Certificate of Mailing, was served on all parties to this matter, via facsimile to Defendants Matthew H. Anselmo and M & M Marketing LLC and to Defendant Kathryn Hemenway via this Court's CM/ECF system on February 29, 2008.

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
77 West Washington Street  - Suite 1720
Chicago, Illinois 60602
(312) 372-3566
email: mike@mmblumenthal.com
Attorney I.D. # 6183007