IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MATTHEW H. ANSELMO, M & M ) <br> MARKETING, L.L.C., and KATHRYN ) <br> HEMENWAY, ) <br> Defendants. ) | **Court No.   07 C  7230** <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Michael T. Mason** |

**PROOF OF SERVICE**

   The undersigned, being first duly sworn under oath, deposes and states that Plaintiff's Response to Defendant Hemenway's Motion to Dismiss or Transfer Venue, was served on all parties to this matter, regardless of whether they have appeared, via facsimile to Defendants Anselmo and M & M Marketing L.L.C., and Defendant Hemenway via this Court's CM/ECF system on Friday, February 29, 2008.

                                         /s/   Michael L. Blumenthal


**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Il   60093**
**(847) 441-2687**
**e-mail: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street  - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**e-mail: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**