IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) | Court No. 07 C 7230 |
| vs. | ) | |
| MATTHEW H. ANSELMO, | ) | Judge Joan B. Gottschall |
| M & M MARKETING, L.L.C., and | ) | |
| KATHRYN HEMENWAY | ) | |
| and Defendants. | ) | Magistrate Michael T. Mason |
| US Bank | ) | |
| 25 E. Washington | ) | |
| Chicago, IL 60602 | ) | |
| Garnishee Defendant. | ) | |

## GARNISHMENT SUMMONS (NON-WAGE)

**To the Garnishee:**

You are summoned and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in the U.S. courthouse, 219 South Dearborn Street, Chicago, Illinois, on or before _March 25_, 2008. However, this this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. IF YOU FILE TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

**To the Officer:**

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

DATED: 2-25-08

MICHAEL W. DOBBINS
Clerk of the Court

Deputy Clerk
( Seal of Court )

NOTE: This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.
**21-30 days after date of issuance of this Summons.

## INTERROGATORIES TO GARNISHEE/RESPONDENT

Case No. 07 C 7230

Interrogatory - At the time of service of the garnishment summons did you have in your custody or control any personal property or monies belonging to the judgment debtor? _____NO_____ (yes or no)

ANSWER

__US BANK__
Agent of Garnishee
, certify under penalty of perjury that with regard to the property of the judgment debtor, the Garnishee Respondent files the following answer to this Garnishment and on day of service of Garnishment Summons had possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____
B) Checking and / or Now Account (Amount withheld) $ __ACCOUNT(S) CLOSED__ -
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
G) Adverse Claimant: Name _____ Address _____
H) Other Personal Property (Describe) _____

Less right of offset for other loans _____   Sub Total __0__
Less deduction for fees limited by __NA__
205 ILCS 5/48.1 (g)
                                                 Total __0__

According to the business records kept by the Garnishee/ Respondent, we show the above accounts to be held in the name(s) of others in addition to the defendant. Their name(s) and address are as follows:

Name (s) _____

Address _____

Garnishee/Agent
U. S. Bank
Regulatory Research
CN-OH-L2RG
5065 Wooster Rd    tele.# (513) 979-1230
Cincinnati, OH 45226   Fax (513) 979-1255

and we show all funds held as of _____.
(as of date of service of Garn. Summons)

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answ to the interrogatories are true. I further certify that I have mailed to the address indicated on the reverse side, a cc of the completed interrogatories to the judgment debtor.

**FILED**
MAR 0 3 2008  ae
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____ 2-26-08
Agent for Garnishee Respondent