# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7230 | **DATE** | 3/3/2008 |
| **CASE TITLE** | Blumenthal vs. Anselmo | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the court adopts Magistrate Judge Mason's report and recommendations regarding plaintiff's motion for preliminary injunction [41] in full. Plaintiff's motion for preliminary injunction [35] is granted in part and denied in part, pursuant to Judge Mason's written order.

■[ For further details see text below.]           Docketing to mail notices.

## STATEMENT

On January 31, 2008, the court granted plaintiff, Michael L. Blumenthal ("Blumenthal"), a default judgment against defendants Anselmo and M&M Marketing, LLC. It also granted a temporary restraining order ("TRO") barring the defendants from transferring assets out of the continental United States. The court granted an extension on February 14, 2008, making February 29, 2008 the new TRO expiration date. Blumenthal made an oral motion for a preliminary injunction, which the court referred to Magistrate Judge Mason for a Report and Recommendation ("R&R"). Blumenthal filed a written motion for a preliminary injunction on February 22, 2008. Judge Mason held a hearing on February 25, 2008 and issued his R&R on February 27, 2008. That same day, this court issued an order stating that the TRO remains in effect until the court issued its ruling as to Judge Mason's R&R.

Typically, opposing parties have 10 days to file objections to the R&R. Blumenthal has notified this court that he does not intend to object. Defendants Anselmo and M&M Marketing, LLC have yet to appear in the case. This is despite a specific order requiring Anselmo to do so by February 21, 2008, which the court issued when he appeared by phone *pro se* on February 7, 2008 at a motion hearing. Blumenthal notified Anselmo of the preliminary injunction hearing by fax, but noone appeared. In light of these facts, this court refuses to delay the entry of its order and hereby adopts Judge Mason's R&R in full. If the defendants appear and file timely objections, the court will revisit its order.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|

Case 1:07-cv-07230     Document 61     Filed 03/03/2008     Page 1 of 1

07C7230 Blumenthal vs. Anselmo           Page 1 of 1