IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 2 4 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 2 4 2008

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) | Court No. 07 C 7230 |
| vs. | ) | |
| MATTHEW H. ANSELMO, | ) | Judge Joan B. Gottschall |
| M & M MARKETING, L.L.C., and | ) | |
| KATHRYN HEMENWAY | ) | |
| and         Defendants. | ) | Magistrate Michael T. Mason |
| Morgan Stanley | ) | |
| 70 W. Madison Street | ) | |
| Chicago, IL 60602 | ) | |
| Garnishee Defendant. | ) | |

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

MICHAEL L. BLUMENTHAL, on oath states:

1. Judgment was entered on January 31, 2008 for judgment creditor(s) MATTHEW H. ANSELMO and M&M MARKETING, L.L.C., and against judgment debtor, Morgan Stanley, for $2,329,649.32.

2. $-0- as been paid on judgment.

3. There is unpaid on the judgment:

    $ 2,329,649.32 principal

    $     6,950.68 interests

    $ 2,336,600.00 TOTAL

4. I believe garnishee Morgan Stanley is indebted to the judgement debtor, other than wages, or has in his or her possession custody or control property belonging to him or her in which he/she has an interest.

5. I request summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: February 25, 2008.    _/s/ Michael L. Blumenthal_

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
Attorney for Pro Se
77 West Washington Street - Suite 1720
Chicago, Illinois 60602
(312) 372-3566
Attorney I.D. # 6183007

FEB-28-2008 21:59 P.04

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons by me* was made | Date |
| Name of Server | Title |
| Check one space below to indicate appropriate method of service. ||

___ Served personally upon the defendant. Place were served. _____

___ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left. _____

___ Returned unexecuted. _____

___ Other (specify). _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| Travel | Services | Total |
| DECLARATION OF SERVER |||

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and Correct.

Executed on _____
        date

_____
Signature of Server

_____
Address of Server

*As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL, ) | |
| Plaintiff, ) | Court No. 07 C 7230 |
| vs. ) | |
| MATTHEW H. ANSELMO, ) | Judge Joan B. Gottschall |
| M & M MARKETING, L.L.C., and ) | |
| KATHRYN HEMENWAY ) | |
| and Defendants. ) | Magistrate Michael T. Mason |
| Morgan Stanley ) | |
| 70 W. Madison Street ) | |
| Chicago, IL 60602 ) | |
| Garnishee Defendant. ) | |

## GARNISHMENT SUMMONS (NON-WAGE)

**To the Garnishee:**

You are summoned and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in the U.S. courthouse, 219 South Dearborn Street, Chicago, Illinois, on or before _March 25_, 2008. However, this this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FILE TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

**To the Officer:**

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

DATED: _FEB 25 2008_

MICHAEL W. DOBBINS
Clerk of the Court

_____
Deputy Clerk

( Seal of Court )

NOTE: This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.
**21-30 days after date of issuance of this Summons.

# Morgan Stanley

March 18, 2008

Milton M. Blumenthal & Associates
77 West Washington Street suite 1720
Chicago, Illinois 60602

Re: Michael L. Blumenthal vs Matthew H. Anselmo, M & M Marketing LLC.

Dear Mr. Michael L. Blumenthal

Pursuant to the Garnishment that was served on the Employment Department of Morgan Stanley Co. & Inc. on March 6, 2008 please be advise that it should be served at the following address 2000 Westchester Avenue, Purchase, New York 10577 to the Legal Department to Crystal Pruden's attention. In researching the information that you provided on the garnishment I am unable to locate an account for the above mention defendants. If you should have any further questions, please contact me at (914) 225-5624.

Yours truly,

Christine Brown-Richardson
Paralegal

cc: Michael W. Dobbins
United States District Court



# Financial and Compliance Services

*Outsourcing for Tax, Print, Garnishments and Unemployment*

To: Martha Ritter

**Fax Number:** 16306848047

**The attached Court Order(s) was not processed, and it is being returned for the following reason\*\*:**

- Other

**Comments:**

GARNISHMENT FOR OTHER THAN WAGES

\*\***These orders will be identified on the unprocessed withholding report**\*\*

Please fax any documents required to (909) 612-6105. Thank you for your help.
Please call your Garnishment Services Account Manager with any questions.

When Faxed   Thursday, March 06, 2008 7:41:26 AM   Pages Sent   11

**Confidentiality Note:** The documents accompanying this telecopy transmission contain information from Automatic Data Processing, Inc. and/or its subsidiaries ("ADP") which is proprietary and/or confidential. The information is intended only for the individual or entity named as recipient on this transmission sheet. If you are not the intended recipient, we would like to remind you that the use, disclosure, copying, distribution or the taking or not taking of any action in reliance on the contents of this telecopied information is strictly prohibited. Any incorrectly sent documents should be immediately returned to ADP. Please notify us by telephone (feel free to reverse the charges) so that we can arrange for that return at our expense. Thank you.