*charles* SCHWAB 

Office of Corporate Counsel
101 Montgomery Street, San Francisco, CA 94104
Toll Free (877) 243-9263 Fax (888) 368-6355

MAR 2 4 2008

# F I L E D

March 13, 2008

MAR 2 4 2008  PH

VIA USPS FIRST-CLASS MAIL

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins, Clerk
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE:    Garnishment
       M & M Marketing, L.L.C.
       Court Case No. 07 C 7230

Dear Michael W. Dobbins:

       This letter will acknowledge that Charles Schwab & Co., Inc. ("Schwab") has received the Garnishment dated February 25, 2008 regarding M & M Marketing, L.L.C. and we are not required to make an appearance. This letter constitutes Schwab's formal answer. I kindly request that you advise me immediately should this answer not be sufficient.

       As of February 26, 2008 M & M Marketing, L.L.C. does not maintain an account with Schwab. Accordingly, there is no further action that Schwab will take in this regard.

For the Firm,

*Laura Carnero*

Laura Carnero
Senior Specialist, Office of Corporate Counsel
Charles Schwab & Co., Inc.
Tel (415) 636-3077
Fax (888) 368-6355