*charles* SCHWAB 

Office of Corporate Counsel
101 Montgomery Street, San Francisco, CA 94104
Toll Free (877) 243-9263  Fax (888) 368-6355

March 13, 2008

VIA USPS FIRST-CLASS MAIL

Michael W. Dobbins, Clerk
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

FILED
MAR 2 4 2008  PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAR 2 4 2008

RE:   Garnishment
      Kathryn Hemenway
      Court Case No. 07 C 7230

Dear Michael W. Dobbins:

    This letter will acknowledge that Charles Schwab & Co., Inc. ("Schwab") has received the Garnishment dated February 25, 2008 regarding Kathryn Hemenway and we are not required to make an appearance. This letter constitutes Schwab's formal answer. I kindly request that you advise me immediately should this answer not be sufficient.

    As of February 26, 2008 Kathryn Hemenway does not maintain an account with Schwab. Accordingly, there is no further action that Schwab will take in this regard.

For the Firm,

*Laura Carnero*

Laura Carnero
Senior Specialist, Office of Corporate Counsel
Charles Schwab & Co., Inc.
Tel (415) 636-3077
Fax (888) 368-6355

Charles Schwab & Co., Inc. Member SIPC.