# EXHIBIT A

Case 1:07-cv-07230  Document 70-2  Filed 03/26/2008  Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| | ) | |
| Plaintiff, | ) | Court No.: 07 CV 7230 |
| | ) | |
| vs. | ) | |
| | ) | Judge Joan Gottschall |
| MATTHEW H. ANSELMO, | ) | |
| M & M MARKETING, LLC., and | ) | |
| KATHRYN HEMENWAY | ) | Magistrate Michael T. Mason |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF KATHRYN HEMENWAY**

Kathryn Hemenway, being first duly sworn under oath, does hereby represent to the Court that I have personal knowledge of the matters set forth in this affidavit, and if called upon, would testify competently thereto.

1. I am an attorney residing in Omaha, Nebraska.

2. I am licensed to practice law in Nebraska, and not in Illinois.

3. I maintain no offices in Illinois.

4. I hold no real property situated in Illinois.

5. I have not made or performed any contract substantially connected with Illinois.

6. I do not advertise my legal services to Illinois residents and do not provide legal services in any part of Illinois.

7. I was retained by the Co-Defendants in Nebraska to represent their interests in their dispute with plaintiff.

8. Any contact I had with Plaintiff was done in my capacity as Co-Defendants' representatives.

9. I never took any action other than what my clients, the Co-Defendants, allowed me to do in negotiating a resolution between Plaintiff and the Co-Defendant.

10. I had no control over any bank accounts or alleged wire transfers.

11. Any information given to Plaintiff was the result of the information I received from my clients, including the alleged wire transfer.

Further affiant sayeth not.

                                        Kathryn Hemenway

Subscribed and sworn to before me this _____ day of March, 2008.

Notary Public

GENERAL NOTARY-State of Nebraska
NORMAN J. WORDEKEMPER
My Comm. Exp. Nov. 16, 2009

2