IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Michael L. Blumenthal,           ) | No: 07 CV 7230 |
|     Plaintiff                        ) | |
| v.                                              ) | Judge Joan Gottschall |
|                                                   ) | Mag: Michael T. Mason |
| Matthew H. Anselmo,          ) | |
| M & M Marketing, LLC       ) | |
| and Kathryn Hemenway     ) | |

## CERTIFICATE OF SERVICE

To:     Martin A. Blumenthal, Esq.
           Law Offices of Martin A. Blumenthal
           One Northfield Plaza, #300
           Northfield, IL 60093

      PLEASE TAKE NOTICE, that on **March 26, 2008**, the undersigned served a true and correct copy of, **DEFENDANT, KATHRYN HEMENWAY'S REPLY IN SUPPORT OF HER MOTION TO DISMISS,** to the above-named counsel by electronic delivery pursuant to Local Rule 5.9 of the Federal Rules of Civil Procedure for the U.S. District Court, Northern District of Illinois, Eastern Division.

                                                                  _____s/James R. Pittacora_____
                                                                  James R. Pittacora

James R. Pittacora (ARDC #6237882)
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
Telephone: (708) 390-2800
Fax: (708) 390-2801
jp@pittacoracrotty.com