# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7230 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Blumenthal vs. Anselmo | | |

**DOCKET ENTRY TEXT**

The court enters this order to clarify the docket. On January 28, 2008, defendant Anselmo filed a motion for extension of time to file his answer [16]. In open court on February 7, 2008, the court granted defendant's motion, giving him until February 21, 2008 to retain counsel and enter an appearance.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|