# United States District Court for the Northern District of Illinois

Case Number: 07CV7230

Assigned/Issued By: J. N.

Judge Name:

Designated Magistrate Judge:

## FEE INFORMATION

**Amount Due:**
- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

Number of Service Copies _____

Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____

Receipt #: _____

Date Payment Rec'd: _____

Fiscal Clerk: _____

## ISSUANCES

- [ ] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

- [✓] Citation to Discover Assets
- [ ] Writ _____
  (Type of Writ)

2  Original and  2  copies on  4-8-08  as to  M & M MARKETING;
(Date)
MATTHEW H. ANSELMO

C:\wpwin80\docket\feeinfo.frm     03/14/05