IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL,        )<br>                              Plaintiff,   )<br>   vs.                             )<br>                                   )<br>MATTHEW H. ANSELMO, M & M     )<br>MARKETING, L.L.C., and KATHRYN )<br>HEMENWAY,            Defendants.  ) | **Court No.   07 C  7230**<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Michael T. Mason** |

## NOTICE OF PRESENTMENT

TO:   James R. Pittacora, Esq.           Mr. Matthew H. Anselmo
      Pittacora & Crotty                  M & M Marketing
      9550 W. Bormet Drive #205           11329 P Street
      Mokena, IL   60448                  Omaha, NE 68136

**PLEASE TAKE NOTICE** that on Thursday, April 17, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Magistrate Michael T. Mason in Courtroom 2325 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois 60603, and then and there present:

### PLAINTIFF'S CITATION TO DISCOVER ASSETS

a copy of which is served upon you, and ask for the relief thereon.

           /s/   Michael L. Blumenthal

### PROOF OF SERVICE

The undersigned, being first duly sworn under oath, deposes and states that this Notice, and the Citation mentioned there, were served on all parties to this matter, regardless of whether they have appeared, by facsimile to their respective numbers, on April 15, 2008.

           /s/   Michael L. Blumenthal


**Martin A. Blumenthal**                       **Michael L. Blumenthal, Esq.**
**Attorney for Michael L. Blumenthal**         **Milton M. Blumenthal & Associates**
**1 Northfield Plaza - Suite 300**             **77 West Washington Street  - Suite 1720**
**Northfield, Il   60093**                     **Chicago, Illinois 60602**
**(847) 441-2687**                             **(312) 372-3566**
**e-mail: marty@blumenthallaw.com**            **e-mail: mike@mmblumenthal.com**
**Attorney I.D.# 6180069**                     **Attorney I.D. # 6183007**