IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) | **Court No.   07 C  7230** |
| vs. | ) | |
| | ) | **Judge Joan B. Gottschall** |
| MATTHEW H. ANSELMO, M & M | ) | |
| MARKETING, L.L.C., and KATHRYN | ) | **Magistrate Michael T. Mason** |
| HEMENWAY,                 Defendants. | ) | |

### NOTICE OF PRESENTMENT

TO:   James R. Pittacora, Esq.           Mr. Matthew H. Anselmo
         Pittacora & Crotty                       Premier Fighter/M & M Marketing
         9550 W. Bormet Drive #205       8210 S. 109th Street
         Mokena, IL   60448                    LaVista, NE 68137

**PLEASE TAKE NOTICE** that on Wednesday, April 30, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Magistrate Michael T. Mason in Courtroom 2214 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois 60603, and then and there present:

**PLAINTIFF'S MOTION FOR THE ISSUANCE OF A RULE TO SHOW CAUSE AGAINST DEFENDANTS MATTHEW A. ANSELMO and M&M MARKETING, L.L.C., FOR A TURNOVER ORDER AND ORDER FOR BODY ATTACHMENT**

a copy of which is served upon you, and ask for the relief thereon.

　　　　　　　　　　　　　　　　　　　　  /s/   Michael L. Blumenthal

### PROOF OF SERVICE

The undersigned, being first duly sworn under oath, deposes and states that this Notice, and the Motion mentioned therein, and Declaration in support thereof, were served on all parties to this matter, regardless of whether they have appeared, by facsimile to their respective numbers, on April 25, 2008.

　　　　　　　　　　　　　　　　　　　　  /s/   Michael L. Blumenthal

**Martin A. Blumenthal**                                              **Michael L. Blumenthal, Esq.**
Attorney for Michael L. Blumenthal                          Milton M. Blumenthal & Associates
**1 Northfield Plaza - Suite 300**                                **77 West Washington Street  - Suite 1720**
**Northfield, Il   60093**                                                **Chicago, Illinois 60602**
**(847) 441-2687**                                                         **(312) 372-3566**
e-mail: **marty@blumenthallaw.com**                      e-mail: **mike@mmblumenthal.com**
**Attorney I.D.# 6180069**                                         **Attorney I.D. # 6183007**