Apr 28 08 02:22p    Corey                              402-555-1212           p.2        MHN

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Matthew Anselmo
(Please print)

**STREET ADDRESS:** 8210 S. 109th St

**CITY/STATE/ZIP:** La Vista NE 68137

**PHONE NUMBER:** (402) 490-4571

**CASE NUMBER:** 07 C 7230

**Email:** Anselmo@premierfighter.com

_____          4-18-08
Signature                            Date

FILED
4-29-2008
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT