IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) | **Court No.   07 C  7230** |
| vs. | ) | |
| | ) | **Judge Joan B. Gottschall** |
| MATTHEW H. ANSELMO, M & M | ) | |
| MARKETING, L.L.C., and KATHRYN | ) | **Magistrate Michael T. Mason** |
| HEMENWAY,                      Defendants. | ) | |

## NOTICE OF PRESENTMENT

TO:   James R. Pittacora, Esq.              Mr. Matthew H. Anselmo
         Pittacora & Crotty                         Premier Fighter/M & M Marketing
         9550 W. Bormet Drive #205           8210 S. 109th Street
         Mokena, IL   60448                       LaVista, NE 68137

**PLEASE TAKE NOTICE** that on Wednesday, May 14, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Magistrate Michael T. Mason in Courtroom 2214 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois 60603, and then and there present:

**PLAINTIFF'S MOTION FOR A TURNOVER ORDER, THE ISSUANCE OF WRITS OF GARNISHMENT AGAINST TAPOUT, INC., CHAMPS SPORTS, INC. AND VARIOUS OTHER ENTITIES, FOR A RULE TO SHOW CAUSE FOR DEFENDANTS' FAILURE TO APPEAR AND ANSWER  THE CITATION TO DISCOVER ASSETS AND FOR AN ORDER OF CONTEMPT FOR VIOLATIONS OF THE PRELIMINARY INJUNCTION**

a copy of which is served upon you, and ask for the relief thereon.

         /s/   Michael L. Blumenthal

## PROOF OF SERVICE

The undersigned, being first duly sworn under oath, deposes and states that this Notice, and the Motion mentioned therein, were served on all parties to this matter, regardless of whether they have appeared, by CM/ECF or facsimile to their respective numbers, on May 9, 2008.

         /s/   Michael L. Blumenthal

**Martin A. Blumenthal**                                  **Michael L. Blumenthal, Esq.**
**Attorney for Michael L. Blumenthal**        **Milton M. Blumenthal & Associates**
**1 Northfield Plaza - Suite 300**                 **77 West Washington Street  - Suite 1720**
**Northfield, Il   60093**                                **Chicago, Illinois 60602**
**(847) 441-2687**                                         **(312) 372-3566**
**e-mail: marty@blumenthallaw.com**      **e-mail: mike@mmblumenthal.com**
**Attorney I.D.# 6180069**                          **Attorney I.D. # 6183007**