IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL, | ) |
| Plaintiff, | ) No.   07 C 7230 |
| v. | ) |
| | ) Judge Joan B. Gottschall |
| MATTHEW H. ANSELMO, M & M MARKETING, L.L.C., and KATHRYN HEMENWAY, | ) Magistrate Michael T. Mason |
| Defendants. | ) |

**ORDER FOR ISSUANCE OF ATTACHMENT**

Upon the hearing of plaintiff's Rule to Show Cause why defendant MATTHEW H. ANSELMO should not be held in contempt for his failure to appear and answer plaintiff's citation to discover assets on April 22, 2008 and for his failure to appear in Court on May 14, 2008 at 9:00 a.m. as ordered by this Court on April 30, 2008, it is hereby Ordered that:

The Clerk of this Court shall issue an attachment against MATTHEW H. ANSELMO individually and as owner and sole manager of M & M Marketing L.L.C., for disobedience of this Court's April 30, 2008 Order in refusing to appear and commanding the United States Marshal for the Northern District of Illinois, Eastern Division, to attach the body of MATTHEW H. ANSELMO, if he is to be found in this district and to bring him before the Honorable Michael T. Mason, Magistrate Judge of the United States District Court of the Northern District of Illinois, Eastern Division, upon

apprehension, to be dealt with as the law directs.

ENTER:

*[signature: Michael T. Mason]*

MICHAEL T. MASON
United States Magistrate Judge

Dated: May 15, 2008