## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 07 C 7230

MICHAEL L. BLUMENTHAL,
Plaintiff,
v.
MATTHEW H. ANSELMO, and
M&M MARKETING, L.L.C.,  Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Foot Locker, Inc.

| |
|---|
| NAME (Type or print)<br> Matthew C. Luzadder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/  Matthew C. Luzadder |
| FIRM<br> Kelley, Drye & Warren, LLP |
| STREET ADDRESS<br> 333 West Wacker Dr., Suite 2600 |
| CITY/STATE/ZIP<br> Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6283424 | TELEPHONE  NUMBER<br> (312) 857-2623 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐