## ANSWER

_____Foot Locker, Inc._____, certify under penalty of perjury that with regard to the
**Citation Respondent**
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ __N/A__
B) Checking and/or Now Account (Amount Withheld) $ __N/A__
C) Certificate of Deposit (Amount Withheld) $ __N/A__
D) Money Market Account (Amount held) $ __N/A__
E) Trust Account (Amount held) $ __N/A__
F) Safety Deposit Box $ __N/A__
G) Account(s) No. __N/A__
H) Adverse Claimant: Name __N/A__   Address ____
I) Wages, Salary or Commissions __N/A__
J) Other Personal Property (Describe) __N/A__
K) Accounts Payable (Amount and Due Date) $__269,572.50, immediately payable to Premier Fighter, Inc.__

Attach a sheet for any additional information required by the Citation

Sub Total __$269,572.50__

Less right of offset for other loans _____
Less Deduction for fees limited by
205 ILCS 5/48.1        _____

Total  __$269,572.50__

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

/s/ Matthew C. Luzadder
**Agent for Citation Respondent**
Attorney for Foot Locker, Inc.

_____David Bell_____ on oath state:
I am over 21 years of age and not a party to this case. I served the citation to discovery assets as follows:
on June 18, 2008 by leaving a copy with the third party defendant on __June 18__, 2008 at the hour of __4:12 pm__
____ a.m./p.m., at __205 S. LaSalle, #____ Chicago, IL____
__Cook__ County, Illinois. On the third party defendant __Foot Locker, Charge Gatto + Gatto by__
by mailing a copy on _____, 2008 by certified mail addressed to agent of the third party defendant, return receipt requested.

** Signed and sworn by party making service
__6/18_____, 2008