IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | | |
| | Plaintiff, | No. 07 C 7230 |
| v. | | Judge Joan B. Gottschall |
| MATTHEW H. ANSELMO, and M&M MARKETING, L.L.C., | Defendants. | Magistrate Michael T. Mason |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 10th day of July, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, *Third-Party Citation Respondent Foot Locker, Inc.'s Answer to Third-Party Citation*, a copy of which is submitted herewith.

Dated: July 10, 2008

/s/ Matthew C. Luzadder
One of the Attorneys for Defendant,
FOOT LOCKER, INC.

Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that he caused the foregoing *Third-Party Citation Respondent Foot Locker, Inc.'s Answer to Third-Party Citation* to be electronically filed with the Clerk of the Court on July 10, 2008, using the ECF system, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users and in accord with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

        s/ Matthew C. Luzadder
Matthew C. Luzadder