# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
|           Plaintiff, | ) | **Court No.   07 C  7230** |
| vs. | ) | |
| | ) | **Judge Joan B. Gottschall** |
| MATTHEW H. ANSELMO, and | ) | |
| M & M MARKETING, L.L.C.,   Defendants. | ) | **Magistrate Michael T. Mason** |

### NOTICE OF EMERGENCY PRESENTMENT

PLEASE TAKE NOTICE that on July 11, 2008, at 10:00 a.m., I shall appear before the Honorable Judge Cole, 219 S. Dearborn Street, Room 1838, Chicago, Illinois, and present the Plaintiff's:

**Motion for Issuance of an Turnover Order**

and ask for the relief therein.

                                                        By: **/s/ Michael L. Blumenthal**
                                                             **One of His Attorneys**

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Illinois 60093**
**(847) 441-2687**
**e-mail: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**e-mail: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**

PROOF OF SERVICE

  The undersigned, being first duly sworn under oath, deposes and states that this notice, and the motion mentioned therein, were served on the individuals listed below on July 10, 2008 by facsimile, filing with the CM/ECF system, and/or e-mail.

| | |
|---|---|
| Matthew Luzadder | Matthew Anselmo and M & M Marketing, L.L.C. |
| Counsel for Foot Locker, Inc. | 8210 S. 109th Street |
| Kelley Drye & Warren LLP | La Vista, NE 68128 |
| 333 West Wacker Drive | |
| 26th Floor | |
| Chicago, IL 60606 | |

James R. Pittacora
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
Telephone: (708) 390-2800

              By: /s/ Michael L. Blumenthal
                 One of His Attorneys

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Illinois 60093**
**(847) 441-2687**
**e-mail: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**e-mail: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**