# EXHIBIT A

*Law Offices of*
## Milton M. Blumenthal & Associates

Milton M. Blumenthal
1921-2002

Michael L. Blumenthal

77 West Washington Street
Suite 1720
Chicago, Illinois 60602

Telephone 312/372-3566
Facsimile 312/372-3573
Email mike@mmblumenthal.com

February 14, 2008

**VIA FACSIMILE (312) 506-2005**
James R. Pittacora, Esq.
Pittacora & Crotty
1928 W. Fulton #201
Chicago, IL 60612

      Re:   Michael L. Blumenthal vs.
             Matthew H. Anselmo, et. al.,
             <u>Court No.: 07 CV 7230</u>

Dear Mr. Pittacora:

      Pursuant to and in accordance with your request and Judge Gottschall's suggestion to me in Court this morning, the following are the list of questions I would be seeking answers to from your client:

1. Identify the banking institution upon which the $12,000,000 check was written;

2. Identify the banking institution to which the $12,000,000 check was deposited;

3. Identify any and all banking institutions in which M&M Marketing and/or Matthew Anselmo has or had bank accounts;

4. Identify the location and give a description of any and all tangible assets of M&M Marketing and Matthew Anselmo known to you to exist.

*Milton M. Blumenthal & Associates*

James R. Pittacora, Esq.
Pittacora & Crotty
February 14, 2008
Page Two

_____

     Please advise me by noon tomorrow, February 15, 2008, as to whether or not your client will answer these questions or will be claiming any type of privilege.

     In the event that I do not receive a response from you by noon tomorrow, I will prepare my motion and supporting brief which I will notice up for Thursday, February 21, 2008.

                    Very truly yours,

                    MILTON M. BLUMENTHAL & ASSOCIATES

                    By:   Michael L. Blumenthal

MLB/cam

G:\WPF\MIKELB\MATTATTY.WPD