# EXHIBIT B

Case 1:07-cv-07230   Document 93-3   Filed 07/21/2008   Page 1 of 2

# PITTACORA
# & CROTTY, LLC
*Attorneys at Law*

9550 W. Bormet Drive
Suite 205
Mokena, IL 60448
(708) 390-2800
(708) 390-2801 (fax)

February 15, 2008

*Via Facsimile*

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
77 W. Washington, Suite 1720
Chicago, Illinois 60602

      Re:    Michael Blumenthal v. Matthew H. Anselmo, et al
             No. 07 CV 7230

Dear Mr. Blumenthal:

I am in receipt of your correspondence dated February 14, 2008, wherein you request certain information/documents pertaining to the above-referenced matter. As you should know, all of the information/documents requested therein are protected by attorney-client privilege. The attorney-client privilege protecting this information/documentation is not my client's to waive, nor has this privilege been waived by either M & M Marketing or Matthew Anselmo. As such, we object to producing any information or documents responsive to this request.

In addition, my client does not have any assets belonging to M & M Marketing or Matthew Anselmo in her possession, and any requests for information/documents relating to these assets are properly directed to these parties directly. Your attempts to harass my client into providing information/documents relating to a judgment debtor, when you could request this information and these documents directly from said judgment debtor (as evidenced by the numerous text messages you have exchanged with Mr. Anselmo to date), are blatantly improper.

If you have questions regarding any of the above, please do not hesitate to contact me.

Sincerely,

James R. Pittacora