# EXHIBIT C

*Law Offices of*
### Milton M. Blumenthal & Associates

Milton M. Blumenthal
1931-2002

Michael L. Blumenthal

77 West Washington Street
Suite 1720
Chicago, Illinois 60602

Telephone 312/372-3566
Facsimile 312/372-3573
Email mike@mmblumenthal.com

February 25, 2008

**VIA FACSIMILE (312) 506-2005**
James R. Pittacora, Esq.
Pittacora & Crotty
1928 W. Fulton #201
Chicago, IL 60612

Re: Blumenthal vs. Anselmo, et. al.,
    **Court No.: 07 CV 7230**

Dear Mr. Pittacora:

In addition to the four (4) questions I previously asked, I would like to have Mr. Anselmo's social security number and the FEIN for M & M Marketing from your client. This is not privileged information, in any way, and request that you provide this information to me within twenty-four (24) hours, otherwise I will seek to amend my motion to include these two (2) questions and you should prepare your response accordingly.

Should you have any questions, please do not hesitate to contact me directly.

Very truly yours,

MILTON M. BLUMENTHAL & ASSOCIATES

By: Michael L. Blumenthal

MLB/cam

G:\WPF\ANSELMO\MATTATT2.wpd