# EXHIBIT D

# PITTACORA
# & CROTTY, LLC
*Attorneys at Law*

9550 W. Bormet Drive
Suite 205
Mokena, IL 60448
(708) 390-2800
(708) 390-2801 (fax)

February 26, 2008

*<u>Via Facsimile and U.S. Mail</u>*
*(312) 372-3573*

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
77 W. Washington, Suite 1720
Chicago, Illinois 60602

      Re:   Michael Blumenthal v. Matthew H. Anselmo, et al
             No. 07 CV 7230

Dear Mr. Blumenthal:

I am in receipt of your letter dated February 25, 2008 wherein you seek Mr. Anselmo's social security number and M & M Marketing's EIN. As an initial matter, you are not in compliance with Federal Rule of Civil Procedure 69 as it relates to execution on a judgment against an out of state third party. Further, we question the propriety of you sending a letter to undersigned counsel seeking this information when the scope of my representation of Kate Hemenway ("Hemenway") relates to preparing, filing and arguing a Rule 12(b)(2) motion to dismiss. Despite all of the above (and the arguments asserted in Hemenway's response to your motion to compel), Hemenway does not know M & M Marketing's EIN. With respect to Mr. Anselmo's social security number, we object to producing that information because it is sensitive and personal to Mr. Anselmo, and you have not followed the correct procedures to get this information under the Federal Rules of Civil Procedure. Finally, we strongly urge you to dismiss the above action as against Hemenway or we will pursue sanctions against you under Rule 11.

If you have questions regarding any of the above, please do not hesitate to contact me.

Sincerely,

James R. Pittacora

cc:    Richard Register, Esq.