IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Michael L. Blumenthal, | ) | No: 07 CV 7230 |
|     Plaintiff | ) | |
| v. | ) | Judge Joan Gottschall |
| | ) | Mag: Michael T. Mason |
| Matthew H. Anselmo, | ) | |
| M & M Marketing, LLC | ) | |
| and Kathryn Hemenway | ) | |

### NOTICE OF MOTION

To:   Martin A. Blumenthal, Esq.
      Michael H. Blumenthal, Esq.
      Law Offices of Martin A. Blumenthal
      One Northfield Plaza, #300
      Northfield, IL 60093

PLEASE TAKE NOTICE that on **July 31, 2008, at 9:30 a.m.,** we shall appear before the **Honorable Judge Joan Gottschall in Room 2325, U.S. District Court - Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604,** and shall then and there present the attached **DEFENDANT, KATHRYN HEMENWAY'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE.**

                                        PITTACORA & CROTTY, LLC

                                        By:   s/ James R. Pittacora
                                              One of the Attorneys for Plaintiff

James R. Pittacora (ARDC #6237882)
Elizabeth S. Stevens (ARDC #6279863)
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois 60448
Telephone: (708) 390-2800
Fax: (708) 390-2801
jp@pittacoracrotty.com
es@pittacoracrotty.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Michael L. Blumenthal, | ) | No: 07 CV 7230 |
| Plaintiff | ) | |
| v. | ) | Judge Joan Gottschall |
| | ) | Mag: Michael T. Mason |
| Matthew H. Anselmo, | ) | |
| M & M Marketing, LLC | ) | |
| and Kathryn Hemenway | ) | |

## CERTIFICATE OF SERVICE

To:   Martin A. Blumenthal, Esq.
      Michael H. Blumenthal, Esq.
      Law Offices of Martin A. Blumenthal
      One Northfield Plaza, #300
      Northfield, IL 60093

PLEASE TAKE NOTICE, that on **July 21, 2008**, the undersigned served a true and correct copy of, **DEFENDANT, KATHRYN HEMENWAY'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE,** to the above-named counsel by electronic delivery pursuant to Local Rule 5.9 of the Federal Rules of Civil Procedure for the U.S. District Court, Northern District of Illinois, Eastern Division.

                                                     s/James R. Pittacora
                                                     James R. Pittacora

James R. Pittacora (ARDC #6237882)
Elizabeth S. Stevens (ARDC #6279863)
PITTACORA & CROTTY, LLC
9550 W. Bormet Drive, Suite 205
Mokena, Illinois  60448
Telephone: (708) 390-2800
Fax: (708) 390-2801
jp@pittacoracrotty.com
es@pittacoracrotty.com