## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MICHAEL L. BLUMENTHAL,** ) | |
| ) | |
| **Plaintiff,** ) | **Court No. 07 C 7230** |
| vs. ) | |
| ) | |
| **MATTHEW H. ANSELMO,** ) | **Judge Joan B. Gottschall** |
| **M & M MARKETING, L.L.C., and KATHRYN** ) | |
| **HEMENWAY** ) | |
| ) | **Magistrate Judge Mason** |
| **Defendants.** ) | |

### NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that on July 31, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Gottschall, 219 S. Dearborn Street, Room 2325, Chicago, Illinois, and present the:

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

and ask for the relief therein.

By: /s/ Michael L. Blumenthal
One of His Attorneys

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Illinois 60093**
**(847) 441-2687**
**e-mail: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**e-mail: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**

PROOF OF SERVICE

      The undersigned, being first duly sworn under oath, deposes and states that this notice, and the motion and objection mentioned therein, were served on all parties to this matter, regardless of whether they have appeared, by CM/ECF and/or facsimile on July 28, 2008.

                                  By: /s/ Michael L. Blumenthal
                                        One of His Attorneys

**Martin A. Blumenthal**
**Attorney for Michael L. Blumenthal**
**1 Northfield Plaza - Suite 300**
**Northfield, Illinois 60093**
**(847) 441-2687**
**e-mail: marty@blumenthallaw.com**
**Attorney I.D.# 6180069**

**Michael L. Blumenthal, Esq.**
**Milton M. Blumenthal & Associates**
**77 West Washington Street - Suite 1720**
**Chicago, Illinois 60602**
**(312) 372-3566**
**e-mail: mike@mmblumenthal.com**
**Attorney I.D. # 6183007**