**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael L. Blumenthal
                          Plaintiff,

v.                                              Case No.: 1:07−cv−07230
                                                        Honorable Joan B. Gottschall

Matthew H Anselmo, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Motion hearing held on 7/31/2008 regarding motion for sanctions[93], motion to amend/correct, motion for relief[95]. Briefing schedule as to motion for sanctions[93] is as follows :( Responses due by 8/21/2008, Replies due by 9/2/2008.) Briefing schedule as to motion to amend/correct, motion for relief[95] is as follows: (Responses due by 8/14/2008, Replies due by 8/21/2008.) Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.