

**Department of Justice**
United States Marshals Service
Northern District of Illinois

# Memo

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** August 1, 2008

**Re:** Case#07C7230

---

I am returning the attached case#07C7230 Blumenthal vs. Anselmo, et al. I spoke with Chris from the attorney's office (plaintiff) and did not call me back with a decision regarding to proceed with filing the case. Our discussion was in regards to the letter he received in May 2008 stating that a pre-payment was being requested in order to serve his process.

Tamar

Civil Process

FILED
Aug 5, 2008
AUG 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| CASE NUMBER | 07 C 7230 | DATE | 5/15/2008 |
| CASE TITLE | Blumenthal vs. Anselmo et al. | | |

### DOCKET ENTRY TEXT

Enter Order for Issuance of Attachment as to Matthew H. Anselmo. Writs to issue.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 5/16/08

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|

2008 MAY 15 PM 1:17

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) ) ) | No.   07 C 7230 |
| v. | ) ) ) | Judge Joan B. Gottschall |
| MATTHEW H. ANSELMO, M & M MARKETING, L.L.C., and KATHRYN HEMENWAY, | ) ) ) ) | Magistrate Michael T. Mason |
| Defendants. | ) ) | |

### ORDER FOR ISSUANCE OF ATTACHMENT

Upon the hearing of plaintiff's Rule to Show Cause why defendant MATTHEW H. ANSELMO should not be held in contempt for his failure to appear and answer plaintiff's citation to discover assets on April 22, 2008 and for his failure to appear in Court on May 14, 2008 at 9:00 a.m. as ordered by this Court on April 30, 2008, it is hereby Ordered that:

The Clerk of this Court shall issue an attachment against MATTHEW H. ANSELMO Individually and as owner and sole manager of M & M Marketing L.L.C., for disobedience of this Court's April 30, 2008 Order in refusing to appear and commanding the United States Marshal for the Northern District of Illinois, Eastern Division, to attach the body of MATTHEW H. ANSELMO, if he is to be found in this district and to bring him before the Honorable Michael T. Mason, Magistrate Judge of the United States District Court of the Northern District of Illinois, Eastern Division, upon

apprehension, to be dealt with as the law directs.

ENTER:

*[signature: Michael T. Mason]*

MICHAEL T. MASON
United States Magistrate Judge

Dated: May 15, 2008

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| CASE NUMBER | 07 C 7230 | DATE | 5/15/2008 |
| CASE TITLE | Blumenthal vs. Anselmo et al. | | |

**DOCKET ENTRY TEXT**

Enter Order for Issuance of Attachment as to Matthew H. Anselmo. Writs to issue.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 5/16/08

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BLUMENTHAL, ) | |
| ) | |
| Plaintiff, ) | No.   07 C 7230 |
| ) | |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| MATTHEW H. ANSELMO, M & M ) | |
| MARKETING, L.L.C., and KATHRYN ) | Magistrate Michael T. Mason |
| HEMENWAY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER FOR ISSUANCE OF ATTACHMENT**

Upon the hearing of plaintiff's Rule to Show Cause why defendant MATTHEW H. ANSELMO should not be held in contempt for his failure to appear and answer plaintiff's citation to discover assets on April 22, 2008 and for his failure to appear in Court on May 14, 2008 at 9:00 a.m. as ordered by this Court on April 30, 2008, it is hereby Ordered that:

The Clerk of this Court shall issue an attachment against MATTHEW H. ANSELMO individually and as owner and sole manager of M & M Marketing L.L.C., for disobedience of this Court's April 30, 2008 Order in refusing to appear and commanding the United States Marshal for the Northern District of Illinois, Eastern Division, to attach the body of MATTHEW H. ANSELMO, if he is to be found in this district and to bring him before the Honorable Michael T. Mason, Magistrate Judge of the United States District Court of the Northern District of Illinois, Eastern Division, upon

apprehension, to be dealt with as the law directs.

                                                **ENTER:**

                                      *[signature]*

                                      **MICHAEL T. MASON**
                                      **United States Magistrate Judge**

**Dated: May 15, 2008**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) | No.   07 C 7230 |
| v. | ) | Judge Joan B. Gottschall |
| MATTHEW H. ANSELMO, M & M MARKETING, L.L.C., and KATHRYN HEMENWAY, | ) | Magistrate Michael T. Mason |
| Defendants. | ) | |

## WRIT OF ATTACHMENT

TO:   The Marshal of the Northern District of Illinois
Eastern Division

Greetings:

You are commanded to attach MATTHEW H. ANSELMO, if he is found in your District and bring him forthwith personally before the Honorable Michael T. Mason, Magistrate Judge of the United States District Court for the Northern District of Illinois, Eastern Division, to answer for his contempt in disobeying the Order dated April 30, 2008, commanding him to appear before the Honorable Magistrate Judge Mason on May 14, 2008, and to answer for his contempt in failing to appear and answer plaintiff's citation to discover assets on April 22, 2008; and you are further commanded to detain him in your custody and to produce him before the Court upon apprehension, until he is

discharged by the Court, and have you then and there this Writ.

ENTER:

**MICHAEL DOBBINS**
**CLERK OF COURT**

_/s/ Gregory Young_
**DEPUTY**

Dated: 5/16/08

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
West Washington Street, Suite 1720
Chicago, Illinois 60602
(312) 372-3566

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| | ) | |
| Plaintiff, | ) | No.  07 C 7230 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| MATTHEW H. ANSELMO, M & M | ) | |
| MARKETING, L.L.C., and KATHRYN | ) | Magistrate Michael T. Mason |
| HEMENWAY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## WRIT OF ATTACHMENT

TO:  The Marshal of the Northern District of Illinois
Eastern Division

Greetings:

You are commanded to attach MATTHEW H. ANSELMO, if he is found in your District and bring him forthwith personally before the Honorable Michael T. Mason, Magistrate Judge of the United States District Court for the Northern District of Illinois, Eastern Division, to answer for his contempt in disobeying the Order dated April 30, 2008, commanding him to appear before the Honorable Magistrate Judge Mason on May 14, 2008, and to answer for his contempt in failing to appear and answer plaintiff's citation to discover assets on April 22, 2008; and you are further commanded to detain him in your custody and to produce him before the Court upon apprehension, until he is

discharged by the Court, and have you then and there this Writ.

ENTER:

**MICHAEL DOBBINS**
**CLERK OF COURT**

_____
**DEPUTY**

Dated: 5/16/08

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
West Washington Street, Suite 1720
Chicago, Illinois 60602
(312) 372-3566



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) ) ) | No.  07 C 7230 |
| v. | ) ) ) | Judge Joan B. Gottschall |
| MATTHEW H. ANSELMO, M & M MARKETING, L.L.C., and KATHRYN HEMENWAY, | ) ) ) ) | Magistrate Michael T. Mason |
| Defendants. | ) ) | |

### WRIT OF ATTACHMENT

TO:  The Marshal of the Northern District of Illinois
Eastern Division

Greetings:

You are commanded to attach MATTHEW H. ANSELMO, if he is found in your District and bring him forthwith personally before the Honorable Michael T. Mason, Magistrate Judge of the United States District Court for the Northern District of Illinois, Eastern Division, to answer for his contempt in disobeying the Order dated April 30, 2008, commanding him to appear before the Honorable Magistrate Judge Mason on May 14, 2008, and to answer for his contempt in failing to appear and answer plaintiff's citation to discover assets on April 22, 2008; and you are further commanded to detain him in your custody and to produce him before the Court upon apprehension, until he is

discharged by the Court, and have you then and there this Writ.

**ENTER:**

<u>MICHAEL DOBBINS</u>
**CLERK OF COURT**

*/s/ Gregory Young*
**DEPUTY**

Dated: 5/16/08

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
West Washington Street, Suite 1720
Chicago, Illinois 60602
(312) 372-3566

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | |
| Plaintiff, | ) ) | No.  07 C 7230 |
| v. | ) ) | Judge Joan B. Gottschall |
| MATTHEW H. ANSELMO, M & M MARKETING, L.L.C., and KATHRYN HEMENWAY, | ) ) ) ) | Magistrate Michael T. Mason |
| Defendants. | ) ) ) | |

## WRIT OF ATTACHMENT

TO:   The Marshal of the Northern District of Illinois
       Eastern Division

Greetings:

You are commanded to attach MATTHEW H. ANSELMO, if he is found in your District and bring him forthwith personally before the Honorable Michael T. Mason, Magistrate Judge of the United States District Court for the Northern District of Illinois, Eastern Division, to answer for his contempt in disobeying the Order dated April 30, 2008, commanding him to appear before the Honorable Magistrate Judge Mason on May 14, 2008, and to answer for his contempt in failing to appear and answer plaintiff's citation to discover assets on April 22, 2008; and you are further commanded to detain him in your custody and to produce him before the Court upon apprehension, until he is

discharged by the Court, and have you then and there this Writ.

ENTER:

**MICHAEL DOBBINS**
**CLERK OF COURT**

_____
**DEPUTY**

Dated: 5/16/08

Michael L. Blumenthal, Esq.
Milton M. Blumenthal & Associates
West Washington Street, Suite 1720
Chicago, Illinois 60602
(312) 372-3566